UNITED STATES DISTRICT COURT : SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH WILLIAMS,                              *Plaintiff(s) Petitioner(s)*

                                                                    08 CIV 0408 (KMK)

*against*

                                                                    **AFFIDAVIT**
WILLIAM LAHAR, and JOHN DOES I through IV,                          **OF**
                                                                    **SERVICE**
                                              *Defendant(s) Respondent(s)*

---

ORANGE COUNTY, NEW YORK STATE:    MICHAEL CRUDELE                being sworn,
says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY 10916
On  1-29-08  at 10:40 A.M., at  55 Buray newburgh n y
deponent served the within  ☐ summons  ☐ with notice        ☐ order to show cause     ☐ notice of claim
                             ☒ summons and complaint         ☐ notice of motion        ☐ notice of mechanics lien
                             ☐ notice of petition and petition ☐ citation              ☐ 3-day notice
                             ☐ subpoena  ☐ subpoena duces tecum ☐ action for divorce   ☐ 30-day notice
                             ☐ restraining notice            ☐ arbitration hearing     ☐ notice of foreclosure

on   John Doe III                                ☒ defendant      (hereinafter
                                                 ☐ respondent     called        therein named
                                                 ☐ witness        the recipient)

**INDIVIDUAL**       by delivering a true *copy of each* to said recipient personally; deponent knew the person so served to be the person described as said
1. ☐                 recipient therein.

**COMPANY**          a                        company by delivery thereat a true *copy of each* to
2. ☐                 personally, deponent knew said company so served to be the company, described in same as said recipient and knew said individual to

**CORPORATION**      a                        corporation by delivery thereat a true *copy of each* to
3. ☐                 personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be

**SUITABLE**                                                                                    thereof
**AGE PERSON**       by delivering thereat a true *copy of each* to  Lieut Charles Bine                    , a person of suitable
4. ☒                 age and discretion. Said premises is recipient's ☒ actual place of business ☐ dwelling place ☐ usual place of abode within the state.
                                                                                                 thereof
**AFFIXING TO**
**DOOR, ETC.**       by affixing a true *copy of each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place
5. ☐                 of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having
                     called there

**MAILING TO**
**RESIDENCE**        Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient's last
**USE WITH 3 OR 4**  known residence, at
5A. ☐                and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO**
**RESIDENCE**        Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to
**USE WITH 3 OR 4**  recipient's actual place of business, at
5B. ☐                in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend
                     Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an
                     attorney or concerned an action against the recipient.

**DESCRIPTION**      ☒ Male        ☒ White Skin      ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'       ☐ Under 100 Lbs.
☒                    ☐ Female      ☐ Black Skin      ☐ Brown Hair    ☒ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"      ☐ 100-130 Lbs.
                                   ☐ Yellow Skin     ☐ Blonde Hair   ☐ Mustache      ☒ 36-50 Yrs.    ☐ 5'4"-5'8"      ☐ 131-160 Lbs.
                                   ☐ Brown Skin      ☐ Gray Hair     ☐ Beard         ☐ 51-65 Yrs.    ☒ 5'9"-6'0"      ☐ 161-200 Lbs.
                                   ☐ Red Skin        ☐ Red Hair      ☐ Glasses       ☐ Over 65 Yrs. ☐ Over 6'        ☒ Over 200 Lbs.
                     Other identifying features:

**WITNESS**
**FEES**             $                  the authorizing traveling expenses and one days' witness fee:    ☐ was paid (tendered) to the recipient.
☐                                                                                                        ☐ was mailed to the witness with subpoena copy.

**MILITARY**         I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity
**SERVICE**          whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and
☒                    the grounds of my belief are the conversations and observations above narrated.
                     Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined
                     in either the State or in the Federal statues.

                                                                                    *Michael Crudele*
                                                                                    MICHAEL CRUDELE

Sworn to before me on this
24th day of  January  2008
*Evelyn Bell*
                     **EVELYN BELL**
                     **NOTARY PUBLIC, STATE OF NEW YORK**
                     **ORANGE COUNTY, # 4921454**
                     **COMMISSION EXPIRES MARCH 14, 20 10**