UNITED STATES DISTRICT COURT : SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH WILLIAMS,

*Plaintiff(s) Petitioner(s)*    08 CIV 0408 (KMK)

*against*

WILLIAM LAHAR, et al

**AFFIDAVIT OF SERVICE**

*Defendant(s) Respondent(s)*

---

ORANGE COUNTY, NEW YORK STATE:    MICHAEL CRUDELE    being sworn,
says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY 10916
On March 25, 2008 at 8:40 A.M. at 55 Broadway, Newburgh, New York, 12550
deponent served the within:
- ☐ summons    ☐ with notice    ☐ order to show cause    ☐ notice of claim
- ☒ summons and complaint, Amended    ☐ notice of motion    ☐ notice of mechanics lien
- ☐ notice of petition and petition    ☐ citation    ☐ 3-day notice
- ☐ subpoena    ☐ subpoena duces tecum    ☐ action for divorce    ☐ 30-day notice
- ☐ restraining notice    ☐ arbitration hearing    ☐ notice of foreclosure

on OFFICER CARDINALE, defendant    ☒ defendant    (hereinafter
c/o Newburgh City Police Dept    ☐ respondent    called    therein named
                                  ☐ witness    the recipient)

**INDIVIDUAL** 1. ☐ by delivering a true *copy of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**COMPANY** 2. ☐ a _____ company by delivery thereof a true *copy of each* to _____ personally, deponent knew said company so served to be the company, described in same as said recipient and knew said individual to

**CORPORATION** 3. ☐ a _____ corporation by delivery thereof a true *copy of each* to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be

**SUITABLE AGE PERSON** 4. ☐ by delivering thereof a true *copy of each* to Eric A Paolilli Chief thereof, a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business    ☐ dwelling place    ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC.** 5. ☐ by affixing a true *copy of each* to the door of said premises, which is recipient's ☐ actual place of business    ☐ dwelling place    ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4** 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4** 5B. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient's actual place of business, at _____ in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
☒ Male      ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☐ Female    ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache      ☐ 36-50 Yrs.    ☐ 5'4"-5'8"     ☐ 131-160 Lbs.
            ☐ Brown Skin    ☐ Gray Hair     ☐ Beard         ☒ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
            ☐ Red Skin      ☐ Red Hair      ☐ Glasses       ☐ Over 65 Yrs.  ☒ Over 6'       ☒ Over 200 Lbs.

Other identifying features: _____

**WITNESS FEES** ☐ $ _____ the authorizing traveling expenses and one days' witness fee:    ☐ was paid (tendered) to the recipient.
                                                                                                ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statues.

*Michael Crudele*
MICHAEL CRUDELE

Sworn to before me on this
1st day of April, 2008

*Evelyn Bell*
Notary Public

EVELYN BELL
NOTARY PUBLIC, STATE OF NEW YORK
ORANGE COUNTY, #-4921454
COMMISSION EXPIRES MARCH 14, 2010