UNITED STATES DISTRICT COURT : SOUTHERN DISTRICT OF NEW YORK

JOSEPH WILLIAMS,

*Plaintiff(s) Petitioner(s)*    08 CIV 0408 (KMK)

against

WILLIAM LAHAR, et al

*AFFIDAVIT OF SERVICE*

*Defendant(s) Respondent(s)*

ORANGE COUNTY, NEW YORK STATE: MICHAEL CRUDELE being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY 10916
On March 25, 2008 at 8:40 A.M., at 55 Broadway, Newburgh, New York, 12550
deponent served the within ☐ summons ☐ with notice
☒ summons and complaint Amended
☐ notice of petition and petition
☐ subpoena ☐ subpoena duces tecum
☐ restraining notice
☐ order to show cause ☐ notice of claim
☐ notice of motion ☐ notice of mechanics lien
☐ citation ☐ 3-day notice
☐ action for divorce ☐ 30-day notice
☐ arbitration hearing ☐ notice of foreclosure

on MICHAEL PITT, defendant
C/O Newburgh City Police Dept
☒ defendant ☐ respondent ☐ witness (hereinafter called the recipient) therein named

**INDIVIDUAL 1.** ☐ by delivering a true *copy of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**COMPANY 2.** ☐ a company by delivery thereat a true *copy of each* to personally, deponent knew said company so served to be the company, described in same as said recipient and knew said individual to

**CORPORATION 3.** ☐ a corporation by delivery thereat a true *copy of each* to personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be

**SUITABLE AGE PERSON 4.** ☒ by delivering thereat a true *copy of each* to Eric A Paolelli Chief thereof, a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business ☐ dwelling place ☐ usual place of abode within the state thereof.

**AFFIXING TO DOOR, ETC. 5.** ☐ by affixing a true *copy of each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereof, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient's actual place of business, at in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒
☒ Male ☐ Female
☒ White Skin ☐ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin
☐ Black Hair ☒ Brown Hair ☐ Blonde Hair ☐ Gray Hair ☐ Red Hair
☐ White Hair ☐ Balding ☐ Mustache ☐ Beard ☐ Glasses
☐ 14-20 Yrs. ☐ 21-35 Yrs. ☐ 36-50 Yrs. ☒ 51-65 Yrs. ☐ Over 65 Yrs.
☐ Under 5' ☐ 5'0"-5'3" ☐ 5'4"-5'8" ☐ 5'9"-6'0" ☒ Over 6'
☐ Under 100 Lbs. ☐ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☒ Over 200 Lbs.

Other identifying features:

**WITNESS FEES** ☐ $ _____ the authorizing traveling expenses and one days' witness fee: ☐ was paid (tendered) to the recipient. ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

*Michael Crudele*
MICHAEL CRUDELE

Sworn to before me on this
1st day of April, 2008

*Evelyn Bell*
Notary Public

EVELYN BELL
NOTARY PUBLIC, STATE OF NEW YORK
ORANGE COUNTY, # 4921454
COMMISSION EXPIRES MARCH 14, 2010