# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 Railroad Avenue • Chester, New York 10918
Telephone (845) 469-1277
Facsimile (845) 469-5904
e-mail: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

Of Counsel
Christopher D. Watkins

VIA FACSIMILE (914) 390-4152
May 21, 2008

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Williams v. Lahar et al
08 Civ. 0408 (KMK)

Dear Judge Karas:

This firm represents plaintiff in the above-styled case. I received permission from Alicia to send this fax.

The Court has scheduled a pre-motion conference for May 28, 2008 at 11:00 a.m. After the pre-motion conference was scheduled, a deposition in a different case with a tight discovery deadline had to be re-scheduled for May 28, 2008 at 2:00 p.m. Our difficulties in scheduling that witness left us with no choice but to select that date and time.

As my office is in Orange County, I am concerned about making it to the afternoon deposition in time. For this reason, I am requesting that the pre-motion conference in this case be re-scheduled. Counsel for defendants has consented to this request. We are available at the following dates and times for the conference:

June 3, 2008 at 11:00 a.m.
June 10, 2008
June 11, 2008 in the a.m.
June 13, 2008 at 3:30 p.m. (defense counsel and I will be appearing before Your Honor on this
    date at 3:00 pm. for a Rule 16 conference in Chavis v. Palumbo, 07 Civ. 8086 (KMK)

Very truly yours,

Stephen Bergstein

cc: David Posner, Esq.
    Counsel for defendants

Conference is adjourned to June 13, 2008, at 4:00 pm.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
5/22/08